# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-4031

_____

| | | |
|---|---|---|
| Eddie M. Kelly, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Southern District of Iowa. |
| Robert Sunderbruch; Muscatine | * | |
| Community School District, | * | **[UNPUBLISHED]** |
| | * | |
| Appellees. | * | |

_____

Submitted: January 7, 1999
Filed: January 21, 1999

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Eddie Kelly appeals the adverse grant of summary judgment in her action asserting federal and state claims regarding her treatment while employed as a public school principal, and Muscatine Community School District's refusal to renew her contract. Although Kelly argues that the district court's decision was based on her appointed counsel's shortcomings, ineffective assistance of appointed counsel in a civil case does not justify reversal. See Glick v. Henderson, 855 F.2d 536, 541 (8th Cir.

1988). To the extent Kelly argues the district court[1] granted summary judgment improperly, after de novo review of the record and careful consideration of the parties' briefs, we affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE HAROLD D. VIETOR, United States District Judge for the Southern District of Iowa.